**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-1507

———————

In Re: ALINE LAN,

Debtor.

_____

BILL SHU-CHUN HAN,

Plaintiff - Appellant,

versus

ALINE LAN,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-97-1957-A, BK-96-15888, AP-97-1025A)

———————

Submitted: August 27, 1998        Decided: September 11, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Bill Shu-Chun Han, Appellant Pro Se. Aline Lan, Appellee Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order affirming the bankruptcy court's decision that the debt Appellee owed to Appellant is dischargeable in bankruptcy. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Han v. Lan</u>, Nos. CA-97-1957-A; BK-96-15888; AP-97-1025A (E.D. Va. May. 20. 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>